Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956
E-mail: atc@bwclawyers.com

Attorneys for Defendant
Enterprise Rent-A-Car Company of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | | |
|---|---|---|
| JOEL SCHILLING, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:07-cv-_____-___ |
| | ) | |
| vs. | ) | |
| | ) | |
| YU KANG TAI and ENTERPRISE RENT-A-CAR COMPANY OF ALASKA, | ) ) | |
| | ) | **NOTICE OF REMOVAL** |
| Defendants. | ) | |

TO: The United States District Court for the District of Alaska
Charles W. Coe

You are hereby notified that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Enterprise Rent-A-Car Company of Alaska ("Enterprise") has this day filed in the United States District Court for the District of Alaska this Notice of Removal to the United States District Court of the action brought by Plaintiff in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-07-9867 Civil. You are also notified that Defendant Enterprise has filed a copy of this notice with the

Clerk of the Superior Court for the Third Judicial District at Anchorage (attached as Exhibit A), and that said action has thereby been removed from the Superior Court to the United States District Court.

The ground for removal is diversity of citizenship. 28 U.S.C. §§ 1332, 1441.

There is complete diversity of citizenship between the parties. Plaintiff is a citizen of Alaska. The citizenship of Defendant Tai can be disregarded as it appears he has not yet been served. Nevertheless, the information available to Enterprise indicates that Defendant Tai is a citizen of the state of New York. Defendant Enterprise Rent-A-Car Company of Alaska no longer exists as a separate entity. Prior to the accident alleged in the complaint, Enterprise Rent-A-Car Company of Alaska was merged into Enterprise Leasing Company, a Washington corporation with its principal place of business in Renton, Washington.

The amount in controversy exceeds $75,000, exclusive of interest and costs, as required by 28 U.S.C. §1332(a), as evidenced by Plaintiff's filing his complaint in the Superior Court for the State of Alaska, as opposed to the District Court for the State of Alaska, which has jurisdiction of civil cases in which the amount claimed does not exceed $100,000 from each defendant. A.S. 22.15.030(a)(1).

Based on the above, this Court has original jurisdiction over this action, and Defendant Enterprise is entitled to remove this action to this Court from the Superior Court for the State of

Alaska.  28 U.S.C. §§ 1332, 1441, 1446.

  DATED this 11th day of October, 2007, at Anchorage, Alaska.

            By: s/Alfred Clayton, Jr.

            BLISS, WILKENS & CLAYTON
            Counsel for Defendant
            Enterprise Rent-A-Car Company
            Of Alaska
            500 L Street, Suite 200
            Anchorage, AK 99501
            E-mail:  atc@bwclawyers.com
            Phone: (907) 276-2999
            Fax:  (907) 276-2956
            [ABA No. 9111079]

**CERTIFICATE OF SERVICE**

I hereby certify that on 10/11/07, a copy of the foregoing document was served via mail on:

**Charles W. Coe**
**805 W. Third Ave. #100**
**Anchorage, AK 99501**

**s/Alfred Clayton, Jr.**

N:\ASM\2871-3\PLDG\REMOVAL.USDC.doc

Notice of Removal                 Schilling *v. Tai, et al.*
Page 3 of 3                      3:07-cv-_____-___

Case 3:07-cv-00207-RRB  Document 1  Filed 10/11/07  Page 3 of 3