IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

JOEL SCHILLING, )
)
    Plaintiff, )
vs. )
)
YU KANG TAI and ENTERPRISE )
RENT-A-CAR COMPANY OF )
ALASKA, )
)
    Defendants. ) Case No. 3AN-07-9867 CI
)
)

## NOTICE OF REMOVAL

TO: Clerk of the Superior Court for the State of Alaska, Third Judicial District at Anchorage

PLEASE TAKE NOTICE THAT on the 11th day of October, 2007, Defendant Enterprise Rent-A-Car Company of Alaska, through undersigned counsel, filed in the United States District Court for the District of Alaska, Anchorage, its Notice of Removal of the above-referenced action in that Court, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. A true and correct copy of said notice is filed herewith.

DATED at Anchorage, Alaska, this 11th day of October, 2007.

BLISS, WILKENS & CLAYTON
Lawyers for Defendant
Enterprise Rent-A-Car Company
Of Alaska

By: _____
Alfred Clayton, Jr.
ABA No. 9111079

EXHIBIT A
PG 1 OF 2

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed this 11th day of October, 2007, to:

Charles W. Coe
805 W. Third Ave., Ste. 100
Anchorage, AK 99501

*/s/ Alan S. Moore*

N:\ASM\2871-3\PLDG\removal.ntc.state.doc

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L. STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

Notice of Removal
Page 2 of 2

Schilling v. Tai, et al.
3AN-07-9867 CI

EXHIBIT **A**
PG **2** OF **2**