Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956
E-mail: atc@bwclawyers.com

Attorneys for Defendant
Enterprise Rent-A-Car Company of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | | |
|---|---|---|
| JOEL SCHILLING, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:07-cv-207-RRB |
| | ) | |
| vs. | ) | |
| | ) | |
| YU KANG TAI and ENTERPRISE RENT-A-CAR COMPANY OF ALASKA, | ) ) | **NOTICE OF FILING STATE COURT RECORDS AND COMPLIANCE WITH THE COURT'S ORDER DATED OCTOBER 12, 2007** |
| Defendants. | ) ) | |

Defendant Enterprise Rent-a-Car Company of Alaska ("Enterprise"), through undersigned counsel, hereby notifies the Court of its compliance with the Court's Minute Order from Chambers dated October 12, 2007, and hereby attaches an index of all process, pleadings and orders filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, in Case No. 3AN-07-9867 Civil.

DATED this 17th day of October, 2007, at Anchorage, Alaska.

By: s/Alfred Clayton, Jr.

BLISS, WILKENS & CLAYTON

<pre>
                              Counsel for Defendant
                              Enterprise Rent-A-Car Company
                              Of Alaska
                              500 L Street, Suite 200
                              Anchorage, AK   99501
                              E-mail:  atc@bwclawyers.com
                              Phone: (907) 276-2999
                              Fax:   (907) 276-2956
                              [ABA No. 9111079]
</pre>

**CERTIFICATE OF SERVICE**

I hereby certify that on 10/17/07, a copy of the foregoing document was served electronically on:

**Charles W. Coe**

**s/Alfred Clayton, Jr.**

N:\ASM\2871-3\PLDG\NTC.FILING.STATE.RECORD.doc

Notice of Filing State Court
Record and Compliance with Order                    Schilling *v. Tai, et al.*
Page 2 of 2                                               3:07-cv-207-RRB

Case 3:07-cv-00207-RRB   Document 5   Filed 10/17/07   Page 2 of 2