Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail: atc@bwclawyers.com

Attorneys for Defendant
Enterprise Rent-A-Car Company of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | | |
|---|---|---|
| JOEL SCHILLING, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:07-cv-207-RRB |
| | ) | |
| vs. | ) | |
| | ) | |
| YU KANG TAI and ENTERPRISE RENT-A-CAR COMPANY OF ALASKA, | ) ) | **INDEX OF RECORDS AND PROCEEDINGS – STATE COURT CASE (CASE NO. 3AN-07-8406 CI)** |
| Defendants. | ) | |

| EXHIBIT | DESCRIPTION | DATED |
|---|---|---|
| A | Case Description | 9/10/07 |
| B | Complaint | 9/10/07 |
| C | Summons and Notice to Both Parties of Judicial Assignment (Yu Kang Tai) | 9/10/07 |
| D | Summons and Notice to Both Parties of Judicial Assignment (Enterprise Rent-a-Car Co. of Alaska) | 9/10/07 |
| E | Notice of Pre-Empt of Judge | 9/11/07 |
| F | Notice of Removal | 10/11/07 |
| | | |
| | | |
| | | |

N:\ASM\2871-3\PLDG\STATE.COURT.RECORDS.INDEX.doc