IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT

| | |
|---|---|
| JOEL SCHILLING, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| YU KANG TAI and ENTERPRISE RENT-A-CAR COMPANY OF ALASKA, | ) ) ) ) |
| Defendants. | ) CASE NO.: 3AN-07-9807 CI ) ) |

## COMPLAINT

COMES NOW, the plaintiff, JOEL SCHILLING, by and through his attorney, CHARLES W. COE, who hereby alleges as his causes of action for this complaint as follows:

I

Plaintiff, JOEL SCHILLING, is a resident of the state of Alaska, who resides in Anchorage, Alaska.

II

Defendant, YU KANG TAI, was a resident of New York, but residing in the state of Alaska, at the time of this accident. Enterprise Rent-a-Car Company of Alaska is a corporation doing business in Anchorage, Alaska at the time of the incidents set out in this complaint.

Schilling v. Tai et al
3AN-o7-_____CI
Complaint
Page 1 of 4

CHARLES W. COE
ATTORNEY AT LAW
805 W. 3RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-6173

III

All events stated and alleged in this complaint occurred in the Third Judicial District of the state of Alaska, at Anchorage, Alaska.

IV

On or about November 9, 2005, plaintiff, Joel Schilling, was in his vehicle traveling south on the Seward Highway when his vehicle was struck by a vehicle driven by the defendant, Yu Kang Tai, who was traveling northbound on the Seward Highway. Defendant, Yu Kang Tai, lost control of his vehicle as he tried to pass other vehicles and struck the plaintiff's vehicle. Defendant, Enterprise Rent-a-Car Company of Alaska, owned the vehicle used by defendant Tai and failed to provide proper winter tires on the vehicle he was using. As a direct and proximate result, plaintiff incurred the damages set forth in paragraph X of this complaint.

## FIRST CAUSE OF ACTION

V

Plaintiff realleges and incorporates the facts and allegations of paragraph I through IV into this First Cause of Action.

VI

Defendant, Yu Kang Tai, owed a duty to plaintiff to operate his vehicle in a reasonable and safe manner. Defendant breached this duty by failing to exercise caution, in driving at an excessive rate of speed, in failing to drive in his own lane of traffic, in not controlling his vehicle, in failing to properly brake his vehicle, in passing other vehicles in an unsafe manner, in not driving in his own lane of traffic, in not warning the plaintiff, and in failing to use good judgment before driving his vehicle into the plaintiff's vehicle.

Schilling v. Tai et al
3AN-o7-_____CI
Complaint
Page 2 of 4

Defendant, Enterprise Rent-a-Car Company of Alaska, breached their duties to the plaintiff by failing to provide defendant Tai with proper winter driving equipment, in not properly advising him on driving on Alaska roads, and in failing to properly screen defendant Tai before allowing him to use their vehicle.

## VII

Plaintiff was injured as a result of this accident and suffered damages set out in paragraph X of this complaint.

## SECOND CAUSE OF ACTION

## VIII

Plaintiff realleges and incorporates the facts and allegations of paragraphs I through VII into this Second Cause of Action.

## IX

Defendant Tai violated the laws of the State of Alaska and the Municipality of Anchorage, including 13AAC .02.275(a). Consequently, defendant is negligent per se. As a direct result of defendant's negligence per se, plaintiff suffered the injuries set forth in Paragraph X of this complaint.

## X

As a result of defendants' acts and omissions, plaintiff suffered the following injuries and damages:

1. Injuries to his foot, ankle, and spine;
2. Expenses and medication for medical treatment in the past, present, and future;

Schilling v. Tai et al
3AN-o7-_____CI
Complaint
Page 3 of 4

3. Physical and emotional pain and suffering in the past, present, and future;

4. Loss of wages in the past, present, and future;

5. Loss of full use of his body and enjoyment of life;

6. Other damages to be proven at trial.

XI

Defendant Tai drove in a careless and reckless manner and his acts and omissions were willful, wanton, or with reckless disregard for the safety of other such that an award of punitive and exemplary damages should be entered against the defendant and in favor of the plaintiff.

WHEREFORE, plaintiff prays for a judgment against the defendant as follows:

(a) For compensatory damages, in a sum within the jurisdictional limits of the superior court;

(b) Punitive and exemplary damages in an amount to be set at trial against defendant, Yu Kang Tai;

(c) For pre-judgment and post-judgment interest;

(d) For costs and attorney fees; and

(e) For such other relief as the Court deems just and equitable.

DATED this 10th day of September, 2007.

CHARLES W. COE
Attorney for Plaintiff

Charles W. Coe ABA#7804002

Schilling v. Tai et al
3AN-o7-_____CI
Complaint
Page 4 of 4

CHARLES W. COE
ATTORNEY AT LAW
805 W. 3RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-6173