IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

JOEL SCHILLING
                Plaintiff(s),
vs.

YU KANG TAI & ENTERPRISE
RENT-A-CAR Co. of. ALASKA
                Defendant(s).

CASE NO. 3AN-07-9867 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: YU KANG TAI

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Charles W. Coe, whose address is: 805 W 3rd Ave #100 - Anchorage AK 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge Michalski
    and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

09/10/2007
Date

By: K. Gerkman
    Deputy Clerk

I certify that on 09/10/2007 a copy of this Summons was [ ] mailed [X] given to
[ ] plaintiff [X] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk KG

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)                                    Civil Rules 4, 5, 12, 42(c), 55
SUMMONS

Case 3:07-cv-00207-RRB    Document 5-5    Filed 10/17/07    Page 1 of 1