Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956
E-mail: atc@bwclawyers.com

Attorneys for
Enterprise Leasing Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| JOEL SCHILLING, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:07-cv-207-RRB |
| ) | |
| vs. ) | |
| ) | |
| YU KANG TAI and ENTERPRISE ) | |
| LEASING COMPANY, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Joel Schilling and Defendant Enterprise Leasing Company, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1) and a settlement and release of all claims, stipulate and agree that the claims that were brought or could have been brought in the referenced action shall be dismissed with prejudice, each party to bear their own costs and attorney's fees. Since Yu Kang Tai has not appeared in this action, his signature on this stipulation is not required under Rule 41(a)(1).

|  |  |
|---|---|
| | LAW OFFICES OF CHARLES W. COE<br>Counsel for Plaintiff Joel Schilling |
| DATED: 3/19/08 | By:_____<br>    Charles W. Coe<br>805 W. Third Ave., Suite 100<br>Anchorage, AK 99501<br>Phone: (907) 276-6173<br>Fax: (907) 279-1884<br><charlielaw@gci.net><br>[ABA#7804002] |
| | BLISS, WILKENS & CLAYTON<br>Counsel for Defendant<br>Enterprise Leasing Company |
| DATED: 3/19/08 | By:_____<br>    Alfred Clayton, Jr.<br>500 L Street, Suite 200<br>Anchorage, AK   99501<br>E-mail:  atc@bwclawyers.com<br>Phone: (907) 276-2999<br>Fax:  (907) 276-2956<br>[ABA No. 9111079] |

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/20, 2008
a copy of the foregoing document was
served electronically on:

**Charles W. Coe**

**s/Alfred Clayton, Jr.**

N:\ASM\2871-3\PLDG\DISMISSAL.STIP.doc